IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV338 |
| v. | ) ) | |
| THE COACH YARD, a sole proprietorship, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the notice of dismissal (Filing No. 6). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice.

DATED this 30th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court